NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RUTHERFORD CONTROLS INT'L CORP., a Canadian Corporation and RUTHERFORD CONTROLS INT'L CORP., a Virginia Corporation,**
*Plaintiffs-Appellants,*

v.

**VANGUARD SECURITY ENGINEERING CORP., LTD.,**
*Defendant,*

and

**SECURITY DOOR CONTROLS, INC.,**
*Defendant-Appellee.*

---

2010-1113

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 08-CV-0369, Judge Henry E. Judson.

---

**JUDGMENT**

---

WILLIAM C. BERGMANN, Baker & Hostetler LLP, of Washington, DC, argued for plaintiffs-appellants. With him on the brief were MARK H. TIDMAN and A. NEAL SETH.

STEPHEN E. NOONA, Kaufman & Canoles, P.C., of Norfolk, Virginia, argued for defendant-appellee. Of counsel on the brief was JAYE G. HEYBL, Koppel, Patrick, Heybl & Dawson, of Westlake Village, California.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MAYER, and SCHALL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>July 14, 2010</td><td>/s/ Jan Horbaly</td></tr>
<tr><td>Date</td><td>Jan Horbaly</td></tr>
<tr><td></td><td>Clerk</td></tr>
</table>